LUCY LOFFREDO, an Infant, by CARMELA CERASUOLA, Her Guardian ad Litem, Respondent, v. CARMINE J. LOFFREDO, Appellant.— Motion to stay order granting additional counsel fee granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FLORA H. MacIvor, Appellant, v. CHARLES H. SCHWARTZMAN and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

GROSVENOR NICHOLAS, Appellant, v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of GEORGE S. NICHOLAS, Deceased, and Others, Respondents, and DAISY H. NICHOLAS, Appellant.— Motion of defendant Daisy H. Nicholas for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

GROSVENOR NICHOLAS, Appellant, v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of GEORGE S. NICHOLAS, Deceased, and Others, Respondents, and DAISY H. NICHOLAS, Appellant.— Motion of plaintiff, appellant, for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion for enlargement of time to perfect and argue appeal until the March term granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT and Others, Doing Business under the Firm Name and Style of MAURICE A. RAPOPORT & Co., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagerty, Seeger, Carswell and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. AMES FURNITURE Co., INC., Appellant, and LOUIS R. GANS, Defendant. (Appeal No. 4.)— Motion to dismiss appeal dismissed as unnecessary in view of the decision in *Walker* v. *Ames Furniture Company* (*post*, p. 885), decided herewith. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants. (Appeal No. 1.)— Motion to dismiss appeal dismissed without prejudice to renewal, in view of the decision in *Walker* v. *Gans* (*Appeal No. 1*) (*post*, p. 885), decided herewith. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Defendant. ABRAHAM SEBRING, as Receiver, etc., Respondent. (Appeal No. 2.) — Motion to dismiss appeal dismissed without prejudice to renewal, in view of

the decision in *Walker* v. *Gans* (*Appeal No. 2*) (*post* p. 885), decided herewith. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners Abutting on Celtic Avenue Legally Entitled to Damage Caused by the Closing of Celtic Avenue, Otherwise Known as Mott's Road and Road to Calvary Cemetery, in the Borough of Queens, City of New York. THE CITY OF NEW YORK and GEORGE P. NICHOLSON, Corporation Counsel, Appellants; IRISH AMERICAN ATHLETIC CLUB, Respondent.— Order confirming final report of commissioners of estimate and assessment reversed upon the law and the facts, without costs, and matter remitted to the Special Term for the appointment of new commissioners for rehearing, upon the ground that the award is excessive. Lazansky, P. J., Kapper and Scudder, JJ., concur; Hagarty and Seeger, JJ., dissent and vote to affirm.

JAMES G. LODOLCE, Plaintiff, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, and IRVING HOLMAN and MICHAEL FRANZ, Respondents.— Order, as resettled, granting motion of defendants Holman and Franz to dismiss the cross-pleading of defendant United States Fidelity and Guaranty Company modified by allowing defendant United States Fidelity and Guaranty Company to serve an amended pleading changing the word " December " in the 5th paragraph to " September," and as so modified affirmed, without costs. The propriety of serving the cross-pleading pursuant to an order of this court (which is not in this record for review) under section 193 of the Civil Practice Act may not be considered. (*Travlos* v. *Commercial Union of America, Inc.*, 217 App. Div. 352, 359.) The permitting of the United States Fidelity and Guaranty Company to serve a cross-pleading against the defendants Holman and Franz was proper under section 193 of the Civil Practice Act. (*Travlos* v. *Commercial Union of America, Inc., supra;* Carmody's New York Practice [1924 Supp.], 61 *et seq.*) The only questions which may be considered under the notice of motion relate to the legal sufficiency, as such, of the pleading attacked and the claim with respect to the pendency of a prior action involving the same subject-matter. (1) With the substitution of the word " September " for the word " December," as indicated, the pleading is sufficient in law. (2) The United States Fidelity and Guaranty Company is not a party to the prior action, which may, if necessary, on proper motion, be consolidated with this action. Apart from such a consolidation defendants Holman and Franz are not subjected to the hazard of more than one satisfaction of such obligations, if any, that they may be under to the plaintiff LoDolce, or defendant United States Fidelity and Guaranty Company. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ABRAHAM MILLER, Respondent, v. JULIUS LEVY and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

BESSIE MULWITZ, Respondent, v. CHARLES H. SHANLEY and HELEN E. SHANLEY, Appellants. STONEWALL J. CREWS, Individually and as Administrator, etc., of PETER R. CREWS, Deceased, and LULU C. CREWS, Respondents, and Others, Defendants.— Order granting motion to dismiss counterclaim of defendants